In the Matter of the Claim of MARYANN E. HANNA, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 917 (2015)].

In the Matter of LING CHEN, Appellant, v REUTERS AMERICA HOLDINGS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of LATANYA MORANT, Respondent, v LONNEL ROGERS et al., Respondents, SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant.

Submitted March 9, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.